UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCINDA PORTER,<br><br>            Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 25-cv-07836-VKD<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-captioned matter is referred to the Honorable Jeffrey S. White for consideration of whether the case is related to Case No. 4:19-cv-4577-JSW *Lopez, et al. v. Apple Inc.*

**IT IS SO ORDERED.**

Dated: October 27, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge